The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> PAUL WALN, and <br> TAMARA KING, <br><br> Defendants. | NO. CR23-00159RSM <br><br> **SCHEDULING ORDER** |

This matter came before the Court on the parties' Stipulated Motion for Scheduling Order. The Court finds that the motion should be granted. The parties shall observe the following case schedule:

| Date | Event |
|---|---|
| June 28, 2024 | Government's expert reports due |
| July 22, 2024 | Pretrial motions filed |
| August 5, 2024 | Responses to pretrial motions |
| August 12, 2024 | Replies to pretrial motions |
| August 16, 2024 | Government's exhibit list <br> Government's witness list |
| August 19, 2024 | Defendants' expert disclosures |

*United States v. Waln et al*  
Scheduling Order - 1

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970

| Date | Event |
|---|---|
| September 6, 2024 | Defendants' exhibit lists<br>Defendants' witness lists |
| October 22, 2024 | Government's trial brief<br>Government's proposed jury instructions<br>Government's proposed voir dire |
| October 25, 2024 | Motions in limine filed |
| October 29, 2024 | Defendants' trial brief<br>Defendants' proposed jury instructions<br>Defendants' proposed voir dire |
| November 1, 2024 | Responses to motions in limine |
| November 12, 2024 | Trial Date |

IT IS SO ORDERED

DATED: November 27th, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*Seth Wilkinson*
SETH WILKINSON
Assistant United States Attorney

*Colleen Fitzharris*
COLLEEN FITZHARRIS
Assistant Federal Public Defender
Attorney for Tamara King

*United States v. Waln et al*
Scheduling Order - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | *s/ Brad Barshis*
BRAD BARSHIS
2 | Attorney for Paul Waln

*United States v. Waln et al*
Scheduling Order - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970