JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR23-159-RSM |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING UNOPPOSED |
| v. | ) | MOTION TO CONTINUE TRIAL AND |
| | ) | PRETRIAL MOTIONS DEADLINE |
| TAMARA KING & PAUL WALN, | ) | |
| Defendants. | ) | |

THE COURT has considered the unopposed motion of the defense to continue the trial date and pretrial motions deadline. Based upon the undisputed facts set forth in the motion, which are incorporated by reference and adopted as findings of fact, the Court finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendants the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE
(*U.S. v. King, et al.*, CR23-159-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

(c) the additional time requested is a reasonable period of delay, as the defendants have requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendants in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) the additional time requested between the current trial date of November 12, 2024, and the new trial date is necessary to provide counsel for the defendants the reasonable time necessary to prepare for trial, considering counsel's schedule and all the facts set forth above; and

(f) the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS ORDERED that the trial date in this matter shall be continued to June 2, 2025. All other deadlines are as follows:

| Date | Deadline |
| --- | --- |
| January 31, 2025 | Government's expert disclosures due |
| February 28, 2025 | Defense expert disclosures due |
| March 3, 2025 | Pretrial motions due |
| March 17, 2025 | Responses to pretrial motions due |
| March 24, 2025 | Replies in support of pretrial motions due |
| April 18, 2025 | Government's exhibit list & witness list due |
| April 25, 2025 | Defendants' exhibit lists & witness lists due |
| May 2, 2025 | Motions in limine due |
| May 9, 2025 | Responses to motions in limine due |
| May 12, 2025 | Government's trial brief, jury instructions, and proposed voir dire due |

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE
(*U.S. v. King, et al.*, CR23-159-RSM) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

| | |
|---|---|
| May 19, 2025 | Defendants' trial briefs, jury instructions, and proposed voir dire due |
| June 2, 2025 | Trial |

DONE this 3rd day of July, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Colleen P. Fitzharris*
Assistant Federal Public Defender
Attorney for Tamara King

s/ *Bradley Barshis*
Attorney for Paul Waln

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE
(*U.S. v. King, et al.*, CR23-159-RSM) - 3

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**