UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL WALN,<br><br>Defendant. | No. 2:23-cr-00159-RSM-1<br><br>**ORDER APPOINTING CO-COUNSEL** |

The Court, having considered the motion filed by the defendant's counsel, hereby finds that this constitutes an extremely difficult case, and the Court further finds it is in the interest of justice to appoint an additional attorney. The Court therefore authorized the appointment of co-counsel.

Signed this 8th day of November, 2024

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Proposed by:
/s/ Mark Middaugh
Attorney for Defendant Paul Waln

Cause No. 2:23-cr-00159-RSM-1

**MIDDAUGH LAW, PLLC**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 919-4269