The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PAUL WALN and TAMARA KING,<br><br>　　　　　　　　　Defendants. | NO.  23-CR-00159-RSM<br><br>ORDER CONTINUING TRIAL AND SETTING DEADLINE FOR ENTRY OF CASE MANAGEMENT ORDER |

THIS COURT, having considered Mr. Waln's Unopposed Motion to Continue Trial and Set Deadline for Entry of Case Management Order, and being familiar with the docket and pleadings filed therein, finds that:

(a) the ends of justice served by a continuance of the trial date outweigh the best interests of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A); and

(b) given the complexity of this case and the volume of discovery in the case, a reasonable period of delay is necessary on the grounds that the failure to grant such a continuance in the proceedings would be likely result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) this case is complex due to the issues of fact presented, and it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the present case

ORDER CONTINUING TRIAL AND SETTING DEADLINE FOR
ENTRY OF CASE MANAGEMENT ORDER – 1
[United States v. Waln, No. 23-cr-00159-RSM]

Allen, Hansen, Maybrown &
Offenbecher, P.S.
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681

schedule and the time limits established by the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii); and

(d) taking into account the exercise of due diligence, the failure to grant such a continuance would deny counsel for the defendants the reasonable time necessary for effective preparation, including time to review the evidence, consider possible defenses, and gather evidence material to the defense, 18 U.S.C. § 3161(h)(7)(B)(iv); and

(e) the additional time requested is a reasonable period of delay, given the circumstances of this case; and

(f) the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

THEREFORE, THIS COURT GRANTS the motion and sets the trial of this case for December 8, 2025. This Court further vacates the present case management deadlines set forth in this Court's July 3, 2024, order. This Court sets January 17, 2025, as a deadline for the parties to file a stipulated proposed case management order addressing deadlines for the filing of pretrial motions and responsive pleadings, disclosure of experts, and similar pretrial matters. If the parties cannot agree on a case management order by January 17, 2025, they shall ask the Court to set a status conference to address case scheduling deadlines.

Dated this 7th day of January, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING TRIAL AND SETTING DEADLINE FOR
ENTRY OF CASE MANAGEMENT ORDER – 2
*[United States v. Waln, No. 23-cr-00159-RSM]*

Allen, Hansen, Maybrown &
Offenbecher, P.S.
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681

Presented by:

/s/Mark Middaugh
MARK MIDDAUGH
Attorney for Defendant Paul Waln

*ORDER CONTINUING TRIAL AND SETTING DEADLINE FOR ENTRY OF CASE MANAGEMENT ORDER – 3*
*[United States v. Waln, No. 23-cr-00159-RSM]*

**Allen, Hansen, Maybrown & Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681