The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PAUL WALN, and<br>TAMARA KING,<br><br>Defendants. | NO. CR23-00159RSM<br><br>**SCHEDULING ORDER** |

This matter came before the Court on the parties' Agreed Motion for Scheduling Order. The Court finds that the motion should be granted. The parties shall observe the following case schedule:

| Date | Event |
|---|---|
| September 5, 2025 | Government's expert reports due |
| September 19, 2025 | Pretrial motions filed |
| October 3, 2025 | Responses to pretrial motions |
| October 10, 2025 | Replies to pretrial motions |
| October 17, 2025 | Government's exhibit list<br>Government's witness list<br>Government's proposed jury instructions<br>Government's proposed voir dire |

Scheduling Order - 1
*United States v. Waln et al, CR23-0159 RSM*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Date | Event |
|---|---|
| October 20, 2025 | Defendants' expert disclosures |
| October 29, 2025 | Defendants' exhibit lists<br>Defendants' witness lists<br>Defendants' proposed jury instructions<br>Defendants' proposed voir dire |
| November 3, 2025 | Government's production of Jencks Act materials and Rule 26.2 witness statements (with continuing obligation pursuant to Rule 16(c)) |
| November 5, 2025 | Trial briefs filed |
| November 10, 2025 | Defendant to provide Fed. R. Crim. P. 26.2 statements (with continuing obligation pursuant to Rule 16(c)) |
| November 12, 2025 | Motions in limine filed |
| November 21, 2025 | Responses to motions in limine |
| December 8, 2025 | Trial date |

IT IS SO ORDERED

DATED: January 21, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*Seth Wilkinson*
SETH WILKINSON
CINDY CHANG
Assistant United States Attorney

Scheduling Order - 2
*United States v. Waln et al, CR23-0159 RSM*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970